# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 13-139-SDD-SCR-1 |
| VERSUS | JUDGE SHELLY D. DICK |
| AHAOMA BONIFACE OHIA | MAGISTRATE RIEDLINGER |

## NOTICE TO COUNSEL

**CONSIDERING** that the parties have submitted differing jury instructions for a violation of 18 U.S.C. § 1347,[1] the Court provides the following instruction recently given by Section BAJ of the Middle District of Louisiana in a case which charged healthcare fraud in violation of 18 U.S.C. § 1347:

Section 1347 makes it a crime for anyone, in connection with the delivery of any health care benefits or services, to knowingly and willfully execute or attempt to execute, a scheme (1) to defraud any health care benefit program; or (2) to obtain, by means of materially false or fraudulent representations, any of the money or property owned by, or under the custody or control of, any health care benefit program. For you to find the defendant guilty of this crime, you must be convinced that the government has proved each of the following beyond a reasonable doubt:

*First*: That the defendant executed or attempted to execute a scheme to

---

[1] Rec. Doc. Nos. 43 & 46.

Doc#1592

defraud a health care benefit program; or that the defendant executed or attempted to execute a scheme to obtain, by means of materially false or fraudulent pretenses, representations, or promises, any of the money or property owned by, or under the custody or control of, a health care benefit program;

*Second*: That the defendant acted knowingly and willfully in executing or attempting to execute the scheme; and

*Third*: That the scheme was in connection with the delivery of, or payment for, health care benefits, items or services.

A "health care benefit program" includes any public or private plan or contract, affecting commerce, under which any medical benefit, item, or service is provided to any individual, and includes any individual or entity who is providing a medical benefit, item, or service for which payment may be made under the plan or contract. You are instructed that Medicare, Palmetto Government Benefits Administrators, and Cigna Government Services were health care benefit programs.[2]

A "scheme to defraud" means any plan, pattern, or course of action intended to deceive another of money or property by means of false or fraudulent pretense, representation, or promises.

A defendant acts with the requisite "intent to defraud" if the defendant acted knowingly and with the specific intent to deceive, ordinarily for the purpose of causing some financial loss to another or bringing about some financial gain or

---

[2] The Court added this sentence to reflect the particular programs at issue in the present case. The definition of "health care benefit program" is taken directly from 18 U.S.C. § 24 (b).

Doc#1592

other benefit to the defendant.

I remind you that the word "knowingly," as that term has been used from time to time in these instructions, means that the act was done voluntarily and intentionally, not because of mistake or accident, as further described in another instruction. You may also find that a defendant had knowledge of a fact if you find that the defendant was deliberately indifferent to the fact, as further described in another instruction.

I remind you that the word "willfully" means that the act was committed voluntarily and purposely, with the intent to do something the law forbids; that is with the bad purpose to disobey or disregard the law, as further described in another instruction. While a person must have acted with the intent to do something the law forbids before you can find that the person acted "willfully," the person need not be aware of the specific law or rule that his conduct violated.

A representation is "false" if it is known to be untrue or is made with reckless indifference as to its truth or falsity. A representation is also "false" when it constitutes a half truth, or effectively omits or conceals a material fact, provided it is made with intent to defraud.

A false representation is "material" if it has a natural tendency to influence or is capable of influencing the institution to which it is addressed.

It is not necessary that the government prove all of the details alleged in the Indictment concerning the precise nature of the alleged scheme, or that the alleged scheme actually succeeded in defrauding someone. What must be proven beyond a reasonable doubt is that the accused knowingly executed or attempted

Doc#1592

to execute a scheme that was substantially similar to the scheme alleged in the Indictment.

Each separate claim filed in furtherance of a scheme to defraud constitutes a separate offense.

The parties shall be prepared to discuss this jury instruction at the Final Pre-Trial Conference set for Friday, June 6, 2014, at 9:30 a.m.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 4 day of June, 2014.

*Shelly Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

Doc#1592